

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-18-00339-CV

_____

IN THE INTEREST OF O.H., A CHILD

On Appeal from the 158th District Court
Denton County, Texas
Trial Court No. 17-10555-158

Before Gabriel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered Appellant's "Unopposed Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

As Appellant requests in her motion and because Appellee does not oppose the request, we order that each party bear her own incurred appellate costs. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: October 29, 2019